NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KOTY CHEYENNE LEWIS,                  )
                                      )
      Appellant,                      )
                                      )
v.                                    )       Case No. 2D18-2307
                                      )
STATE OF FLORIDA,                     )
                                      )
      Appellee.                       )
_____ )

Opinion filed April 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Glades County; James D. Sloan,
Judge.


PER CURIAM.


      Affirmed.


CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.